Robert H. Platt (Bar No. Ca 108533)
Mark S. Lee (Bar No. Ca 94104)
Chad S. Hummel (Bar No. 139055)
Matthew P. Kanny (Bar No. Ca 167118)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Robert E. Cooper (Bar No. 035888)
Steven E. Sletten (Bar No. 107571)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Plaintiffs and Counterdefendants,*
TICKETMASTER CORPORATION AND
TICKETMASTER ONLINE - CITYSEARCH, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER CORPORATION, an Illinois corporation, and TICKETMASTER ONLINE - CITYSEARCH, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>TICKETS.COM, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>TICKETS.COM, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>TICKETMASTER CORPORATION, an Illinois corporation, and TICKETMASTER ONLINE – CITYSEARCH, INC., a Delaware corporation,<br><br>　　　　　Counterdefendants. | Case No. 99-07654 HLH (VBKx)<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CERTAIN OF PLAINTIFFS' AFFIRMATIVE CLAIMS |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

The parties hereto, by and through their counsel of record, hereby stipulate that the Court enter an Order as follows:

1. Ticketmaster Corporation and Ticketmaster Online-CitySearch, Inc. (collectively "Ticketmaster") dismisses with prejudice the following claims for relief in its Second Amended Complaint ("SAC") against Tickets.com, Inc. ("Tickets.com"): Third Claim for Relief (Unfair Competition and False Designation of Origin); Fourth Claim for Relief (Reverse Passing Off); Fifth Claim for Relief (False Advertising); Seventh Claim for Relief (Unfair Business Practices (Cal. Bus. & Prof. Code § 17200)); and Eighth Claim for Relief (Tortious Interference with Prospective Economic Advantages).

2. Ticketmaster expressly retains the following claims against Tickets.com: First Claim for Relief (Copyright Infringement); Second Claim for Relief (Breach of Contract); and Sixth Claim for Relief (Trespass).

3. The parties stipulate and agree that nothing herein shall be construed to limit or in any way restrict the defenses of Ticketmaster to any of Tickets.com's remaining counterclaims, all of which are expressly preserved by Ticketmaster, nor shall the fact of this Stipulation or these dismissals hereunder be used as any basis for liability against Ticketmaster. Neither this Stipulation nor the dismissals hereunder shall be admissible into evidence in any trial of this matter.

4. The parties stipulate and agree that nothing herein shall be construed to limit or in any way restrict the defenses of Tickets.com to any of Ticketmaster's remaining claims, all of which are expressly preserved by Tickets.com, nor shall the fact of this Stipulation or these dismissals hereunder be used as any basis for liability against Tickets.com.

5. The parties reserve all of their rights in connection with the admissibility or inadmissibility of any evidence relating to the claims listed in Paragraph 2 above. The parties also reserve all of their rights in connection with the admissibility or inadmissibility of any evidence relating to Tickets.com's remaining counterclaims and any of Ticketmaster's defenses thereto and to Ticketmaster's remaining claims and any of Tickets.com's defenses thereto. The parties stipulate and agree that nothing in this Stipulation and Order is intended either to impact the Court's determination of whether any such evidence is admissible at trial in this action or to limit or in any way restrict the remaining claims or counterclaims.

6. The parties further stipulate and agree that each party is to bear its own costs and attorneys' fees with respect to all of Ticketmaster's claims dismissed herein or previously dismissed. This stipulation and agreement in this regard is not intended to affect, and shall not affect, the rights of either party to claim and to recover costs and attorneys' fees under applicable statutes should such party prevail on claims or counterclaims that have not to date been dismissed. The parties reserve any and all rights with respect to the costs and attorney's fees, if any,

///

///

///

///

///

///

///

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

to be awarded to Ticketmaster or Tickets.com should it prevail on its remaining claims or counterclaims.

IT IS SO STIPULATED.

DATED: ~~January~~ February 3, 2003    MANATT, PHELPS & PHILLIPS, LLP

By: _____
Matthew P. Kanny
*Attorneys for Plaintiffs*
TICKETMASTER CORPORATION
AND TICKETMASTER ONLINE -
CITYSEARCH, INC.

DATED: ~~January~~ February 3, 2003    GIBSON, DUNN & CRUTCHER

By: _____
Steven E. Sletten
*Attorneys for Plaintiffs and*
*Counterclaim Defendants*
TICKETMASTER CORPORATION
and TICKETMASTER ONLINE
CITYSEARCH, INC.

DATED: January 24, 2003    BROBECK, PHLEGER & HARRISON

By: _____
William J. Taylor
*Attorneys for Defendant and Counter*
*Claim Plaintiff*
TICKETS.COM, INC.

IT IS SO ORDERED.

DATED: ~~January~~ Feb. 5, 2003

_____
Honorable Harry L. Hupp
United States District Court Judge

40585400.1

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 4, 2003, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

*STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CERTAIN OF PLAINTIFFS' AFFIRMATIVE CLAIMS*

in a sealed envelope, postage fully paid, addressed as follows:

*JAMES L. MILLER*
*WILLIAM L. TAYLOR*
*HOWARD HOLDERNESS*
*HEATHER B. NOLAN*
*BROBECK, PHLEGER & HARRISON, LLP*
*Spear Street Tower*
*One Market Street*
*San Francisco, California 94105*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2003, at Los Angeles, California.

Hilary N. DeWitt

STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CERTAIN OF PLAINTIFFS' AFFIRMATIVE CLAIMS