# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES — GENERAL

Case No. __CV99-7654-HLH (VBKx)__    Date __March 7, 2003__

Title __Ticketmaster Corp. v. Tickets.Com, Inc.__

---

**DOCKET ENTRY**

Priority ✗
Send ✗
Enter ✗
Closed ✗
~~JS-5/JS-6~~ ✗
JS-2/JS-3 ___
~~Scan Only~~

**PRESENT**

HON. __HARRY L. HUPP__, SENIOR JUDGE    (Not Present)

| Carolyn Trump | ~~Cynthia L. Mizell~~ |
|---|---|
| Deputy Clerk | Court Recorder |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

Not Present    Not Present

**PROCEEDINGS:** ORDER TO SHOW CAUSE

---

ORDER   (also, if applicable, findings and memorandum opinion):

A problem with the court's jurisdiction over the remaining parts of this action must be called to counsel's attention. With the summary judgments dismissing the copyright claim and the anti-trust claims, there appear to be only state law claims left in the action (to wit, plaintiff's contract claim and counter-claimant's § 17200 claim). There does not appear to be diversity jurisdiction, since the pleadings allege that both Ticketmaster and Tickets.com have their principal places of business in California. In these circumstances, the normal practice is to dismiss the state law claims for lack of jurisdiction. (28 USC 1367((c)(3); <u>Carnegie-Mellon Univ.</u> '88 484 US 343, 350; <u>Reynolds</u> 9Cir'96 84 F3d 1162, 1171.)

Accordingly, plaintiff Ticketmaster and counter-claimant Tickets.com are to show cause in writing by March 14, 2003, why the balance of this action should not be dismissed together with entry of judgment on the summary judgment motions decided March 6, 2003.

A:997654.37



ENTERED ON ICMS
MAR -7 2003
CV

526