Priority Send ✗
Enter ✗
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 25 2003
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2003
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER CORP., et al., | No. CV99-7654-HLH (VBKx) |
| Plaintiffs, | ORDER DISMISSING ACTION AS TO CERTAIN CLAIMS |
| v. | |
| TICKETS.COM, INC., | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |
| Defendant. | |

This action is dismissed without prejudice of Ticketmaster Corp.'s and Ticketmaster Online-Citysearch, Inc.'s 2d claim of the Second Amended Complaint (breach of contract) and Tickets.com, Inc.'s 10th through 17th claims (violation of B&P Code § 17200) of the counterclaim, by reason of lack of jurisdiction.

This Order is a final judgment for purposes of Fed.R.Civ.P. 54(a). It shall be entered pursuant to Fed.R.Civ.P. 58 and 79(a), and served upon the parties.

IT IS SO ORDERED.

Date: March 24, 2003.

HARRY L. HUPP
Senior U.S. District Judge

546